GEOFFREY A. HANSEN
Acting Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JESUS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) No. CR-08-008556 SBA
)
Plaintiff, ) **[ORDER FOR CONTINUANCE AND**
) **EXCLUSION OF TIME UNDER THE**
vs. ) **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.**
) **SEQ.**
JESUS HERNANDEZ )
) Current Date: January 24, 2012
Defendant. ) Requested Date: February 14, 2012
_____)

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from January 24, 2012 until February 14, 2012 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case, including gathering of records and legal research pertaining to alleged criminal history.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (7)(A)and (B)(iv) from January 24, 2012 until

Stip re: Continue and Exclude                         1

February 14, **2012**.

  IT IS FURTHER ORDERED that the STATUS HEARING date of January 24, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for February 14, **2012** at 10:00 a.m.

DATED:1/23/12

             _____
             HON. SAUNDRA BROWN ARMSTRONG
             UNITED STATES DISTRICT JUDGE