GEOFFREY A. HANSEN
Acting Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JESUS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-00556 SBA |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET. SEQ.** |
| vs. | ) | |
| JESUS HERNANDEZ | ) | Current Date: February 17, 2012 |
| Defendant. | ) | Requested Date: March 6, 2012 |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from January 17, 2012 until March 6, 2012 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case, including gathering of records and legal research pertaining to alleged criminal history. Furthermore, continuity of counsel justifies the continuance, given a change of government counsel.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the

Stip re: Continue and Exclude      1

speedy trial act, 18 U.S.C. Section 3161(H) (7)(A)and (B)(iv) from February 17, 2012 until March 6, 2012.

    IT IS FURTHER ORDERED that the STATUS HEARING date of February 17, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for March 6, 2010 at 10:00 a.m.

DATED:2/16/12

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

Stip re: Continue and Exclude    2