1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

   Counsel for Defendant Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-00556 SBA |
| Plaintiff, | ORDER OF CONTINUANCE AND EXCLUSION OF TIME UNDER THE |
| vs. | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| JESUS HERNANDEZ, | |
| Defendant. | |

# ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from the date of this Order until October 16, 2012 outweigh the best interests of the public and the defendant in a speedy and public trial because time is needed by the parties for participation in the Presentence Investigation.

2. The proposed plea agreement has been submitted to the court and will be under advisement by the Court.

3. Given the preparation of counsel and the Probation Office and the Court's

consideration of the proposed plea agreement, additional time is needed for effective preparation of counsel and consideration of the plea agreement by the court.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h) (7)(A) and (B)(iv) from the date of this Order until October 16, 2012.

IT IS FURTHER ORDERED that a CHANGE OF PLEA/SENTENCING HEARING be scheduled for October 16, 2012 at 10:00 a.m., before the Honorable Saundra Brown Armstrong.

DATED:7/6/12

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE