1 STEVEN KALAR
Federal Public Defender
2 JOYCE LEAVITT
Assistant Federal Public Defender
3 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 (510) 637-3500

5 Counsel for Defendant JESUS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 08-00556 SBA (KAW) |
| Plaintiff, ) | |
| ) | 2ND REVISED STIPULATION AND |
| v. ) | ORDER CONTINUING CHANGE OF |
| ) | PLEA; EXCLUSION OF TIME |
| ) | |
| JESUS HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date for Jesus Hernandez, currently scheduled for December 26, 2012, at 10:00 a.m., may be continued to January 10, 2013, at 9:30 a.m. for change of plea before the magistrate. The reason for the request is that defense counsel is out of the country and unavailable on December 26, 2012 and January 10, 2013 is the first date available for all the parties.

IT IS FURTHER STIPULATED THAT the time from December 26, 2012, to January 10, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for continuity of counsel because defense counsel will be unavailable on

*U S v. Jesus Hernandez* CR 08-00556 SBA;
2nd Rev. Stip re Date; Excl. of Time          - 1 -

December 26, 2012, and January 11, 2013 is the first date available for all the parties.

DATED: 12/21/12 \_\_\_\_\_/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 12/21/12 \_\_\_\_\_/s/_____
KEVIN J. LIN
Special Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date for Jesus Hernandez, currently scheduled for December 26, 2012, at 10:00 a. m., may be continued to January 10, 2013, at 9:30 a.m. for change of plea before the magistrate.

IT IS FURTHER ORDERED THAT the time from December 26, 2012, to January 10, 2013, shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) for continuity of counsel because defense counsel is out of the country and unavailable on December 26, 2012 and January 10, 2013 is the first date available for all the parties.

SO ORDERED.

DATED:12/21/12 \_\_\_\_\_*Saundra B Armstrong*\_\_\_\_\_
HON. SAUNDRA BROWN ARMSTRONG
Senior United States District Judge